UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 15 2005
JOHN F. CORCORAN, CLERK
BY: HMcDoneD
DEPUTY CLERK

| | |
|---|---|
| DIRECTV, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:03-cv-0101 |
| MICHAEL CLOWERS, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff, DIRECTV, Inc., by counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, filed a Stipulation of Dismissal in this matter, and therefore

IT IS **ORDERED** that the Defendant Michael Clowers be and hereby is dismissed with prejudice, each party to bear its own costs.

The Clerk shall forward copies of this order to all counsel of record.

ENTER: 8 / 15 /2005

*Jackson L. Kiser*
UNITED STATES DISTRICT JUDGE